In the Matter of the Petition of JOHN PAINE to Vacate an Assessment.

(Argued April 25, 1882 ; decided May 2, 1882.)

(Reported below, 26 Hun, 431.)

*J. A. Beall* for appellant.

*John C. Shaw* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.

---

JOHN H. KIERSTED et al., Respondents, *v.* HARRIET M. WEST et al., as Administrators, etc., Appellants.

(Argued April 24, 1882; decided May 5, 1882.)

*A. Taylor* for appellants.

*Arthur More* for respondents.

Agree to affirm.   No opinion.
All concur, except TRACY and MILLER, JJ., absent.
Judgment affirmed.

---

MECHANICS & TRADERS' NATIONAL BANK, Respondent, *v.* HUGH R. HEALY, Impleaded, etc., Appellant.

(Argued April 25, 1882; decided May 5, 1882.)

*Samuel Hand* for appellant.

*Luke A. Lockwood* for respondent.

Agree to dismiss appeal.   No opinion.
All concur, except MILLER and TRACY, JJ., absent.
Appeal dismissed.